**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORNELIUS ROYSTER,<br><br>Defendant. | **Criminal Action No. 21-251 (SRC)**<br><br>**OPINION & ORDER** |

**CHESLER**, District Judge

This matter comes before the Court on the letter from Defendant Cornelius Royster requesting this Court's assistance with the Federal Bureau of Prison's ("BOP") computation of his sentence.

On October 26, 2022, Defendant pled guilty to one count of possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). ECF No. 46. On March 29, 2023, this Court sentenced him to 75 months imprisonment, and he is currently serving that sentence. Id.

Defendant wrote this letter to this Court on August 16, 2026, asking this Court to assist with a good time credit issue. He asserted that he is currently imprisoned at FCI Raybrook and that the BOP has failed to give him good time credit for his time served in federal custody. Letter at 1. He requested that this Court "look into" this issue and add the appropriate good time credit toward his sentence. Id. This Court denies this Letter without prejudice because it lacks jurisdiction over the request.

This Court construes Defendant's Letter as a petition under 28 U.S.C. § 2241 because the request "challenge[s] the manner in which his sentence [is being] executed and not the validity of the sentence itself." United States v. Figueroa, 349 F. App'x 727, 728-30 (3d Cir. 2009). Section 2241, therefore, is Defendant's sole avenue for a potential remedy here. For a § 2241 petition to be appropriate, it "must be filed in the district in which the petitioner is imprisoned." Id. at 730 (citing Rumsfeld v. Padilla, 542 U.S. 426, 447 (2004)). This is because "[a] district court's habeas corpus jurisdiction is territorially limited and extends only to persons detained and custodial officials acting within the boundaries of that district." Yi v. Maugans, 24 F.3d 500, 503 (3d Cir. 1994).

Here, Defendant is imprisoned at FCI Raybrook in Lake Placid, New York, and thus outside the District of New Jersey. Therefore, this Court lacks jurisdiction over Defendant's letter and denies the request without prejudice.

* * *

For these reasons,

**IT IS** on this 30th day of September, 2026

**ORDERED** that Defendant's 28 U.S.C. § 2241 is **DENIED**.

s/Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.